**Fill in this information to identify the case:**

Debtor name   Ultimate Jetcharters, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known)   23-51404

☐ Check if this is an amended filing

**Official Form 202**

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   October 25, 2023   **X** /s/  William S. Rudner
   Signature of individual signing on behalf of debtor

   William S. Rudner
   Printed name

   Chief Financial Officer
   Position or relationship to debtor

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*..................................................................................    $     0.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*................................................................................    $     2,688,662.36

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*..................................................................................    $     2,688,662.36

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $     16,797,046.50

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $     0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$     6,756,399.83

4.   **Total liabilities** .................................................................................................
   Lines 2 + 3a + 3b        $     23,553,446.33

Debtor name     Ultimate Jetcharters, LLC

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF OHIO

Case number (if known)     23-51404

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Premier Bank | Checking | 1351 | $7,500.00 |
| 3.2. | Fifth Third Bank (in possession of Summit County Clerk of Courts) | Checking - Payroll Account | 5084 | $829,662.36 |
| 3.3. | CIBC | Checking | 9018 | $575,000.00 |
| 3.4. | CIBC | Payroll Account | 0444 | $0.00 |
| 3.5. | CIBC | Hold Account | 2806 | $2,000.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $1,414,162.36 |

**Part 2:**    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

## Part 4:    Investments

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** Maintenance Department Tooling | | $0.00 | | $5,000.00 |

23.  **Total of Part 5.**                                                                                    $5,000.00

Add lines 19 through 22.   Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** |  |  |  |
| Office Furniture and Fixtures | $0.00 |  | $5,000.00 |
| **40.** **Office fixtures** |  |  |  |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** |  |  |  |
| Computers and Misc. Peripherals | $0.00 |  | $10,000.00 |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |  |  |  |

**43.** **Total of Part 7.**

Add lines 39 through 42.   Copy the total to line 86.

| | $15,000.00 |
|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** |  |  |  |
| 47.1.   2014 Chevrolet Impala | $0.00 |  | $1,500.00 |
| 47.2.   2012 Ford Fusion | $0.00 |  | $1,500.00 |
| 47.3.   2015 Dodge Caravan | $0.00 |  | $1,500.00 |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels |  |  |  |
| **49.** **Aircraft and accessories** |  |  |  |
| 49.1.   Three (3) Engines | $0.00 |  | $100,000.00 |
| 49.2.   Misc. Airplane Parts and Equipment | $0.00 |  | $1,000,000.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

49.3.   Dornier 328-300 Airframe                    $0.00                                $150,000.00

---

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                        | $1,254,500.00 |

       Add lines 47 through 50.   Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☒ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☒ No.    Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.    Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** FAA Certificate. | Unknown | | $0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66.    **Total of Part 10.**                                                       | $0.00 |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ☒ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☒ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.   Go to Part 12.
    ☒ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

|  |  |  |
|---|---|---|
| Claim Against John Gordon | | Unknown |
| Nature of claim | Fraud | |
| Amount requested | $0.00 | |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

       Add lines 71 through 77. Copy the total to line 90.

|  |
|---|
| $0.00 |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,414,162.36 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,254,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,688,662.36 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92        $2,688,662.36

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**   CIBC Bank

Creditor's Name

200 Public Square, Suite 2050
Cleveland, OH 44114

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
1st Lien on CIBC Accounts and 2nd Lien on Remaining Assets - See Schedule H

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

*Amount of claim:* $7,516,861.50    *Value of collateral:* $0.00

**2.2**   Nations Consulting Group, LLC

Creditor's Name

4300 Sterilite St. SE
Massillon, OH 44646

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
4/14/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor

**Describe debtor's property that is subject to a lien**

**Describe the lien**
First Blanket Lien on All Assets (except for CIBC accounts)

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

*Amount of claim:* $7,148,185.00    *Value of collateral:* $0.00

| including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed | | |
|---|---|---|---|

| **2.3** NFS Leasing, Inc. | Describe debtor's property that is subject to a lien | $2,132,000.00 | $100,000.00 |
|---|---|---|---|

Creditor's Name

900 Cummings Center, Suite 226-U

Beverly, MA 01915

Creditor's mailing address

Three (3) Engines

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $16,797,046.50

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Louis F. Solimine, Esq.<br>312 Walnut Street, Suite 2000<br>Cincinnati, OH 45202 | Line _2.1_ | |
| Ronald McMillan, Esq.<br>1405 East Sixth Street<br>Cleveland, OH 44114 | Line _2.3_ | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor name  Ultimate Jetcharters, LLC

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF OHIO

Case number (if known)  23-51404

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,570.95 |
|---|---|---|---|
| | 415 Group | ☐ Contingent | |
| | 4300 Munson St., NW Suite 100 | ☐ Unliquidated | |
| | Canton, OH 44718 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,785.00 |
|---|---|---|---|
| | AAA Corporate Travel Services | ☐ Contingent | |
| | 15 W. Central Py | ☐ Unliquidated | |
| | Cincinnati, OH 45202 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,710.00 |
|---|---|---|---|
| | ACCU Rite Tool & Die Co | ☐ Contingent | |
| | 7295 Sunset Strip NW | ☐ Unliquidated | |
| | North Canton, OH 44720 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,100.00 |
|---|---|---|---|
| | Air Charter Safety Foundation | ☐ Contingent | |
| | 818 Connecticut Ave. NW Suite 900 | ☐ Unliquidated | |
| | Washington, DC 20006 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $409.00 |
|---|---|---|---|
| | All American Publishing Invoices | ☐ Contingent | |
| | P.O. Box 100 | ☐ Unliquidated | |
| | Caldwell, ID 83606 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| Debtor | Ultimate Jetcharters, LLC | Case number (if known) | 23-51404 |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address
Ameriflight
P.O. Box 612763
Dallas, TX 75261

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

$150.00

---

**3.7** | Nonpriority creditor's name and mailing address
Ansett Aircrapft Spares & Services
12675 Encinitas Ave.
Sylmar, CA 91342

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

$1,100.00

---

**3.8** | Nonpriority creditor's name and mailing address
Arnold & Associates Ltd.
4580 Stephen Cr. NW
Suite 100
Canton, OH 44718

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Legal Fees
Is the claim subject to offset? ☒ No ☐ Yes

$34,559.00

---

**3.9** | Nonpriority creditor's name and mailing address
Aultworks Occupational Services
4650 Hill & Dales Rd, NW
Canton, OH 44708

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Services
Is the claim subject to offset? ☒ No ☐ Yes

$920.00

---

**3.10** | Nonpriority creditor's name and mailing address
B. Marvin Hardy
P.O. Box 756
Medina, OH 44256

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Former Minority Unit Holder
Is the claim subject to offset? ☒ No ☐ Yes

$105,363.00

---

**3.11** | Nonpriority creditor's name and mailing address
Brennan Manna & Diamond LLC
75 E. Market St.
Akron, OH 44308

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Services
Is the claim subject to offset? ☒ No ☐ Yes

$14,559.83

---

**3.12** | Nonpriority creditor's name and mailing address
C & L Aerospace
40 Wyoming Avenue
Bangor, ME 04401

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

$20,000.00

---

**3.13** | Nonpriority creditor's name and mailing address
CCAP Enterprises LLC
2930 Forest Lake Dr.
Westlake, OH 44145

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No ☐ Yes

$417.80

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $599.00 |
|---|---|---|---|

Chamber of Comm Map Project
7766 Ewing Blvd. Sutie 200
Florence, KY 41042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

Champlain Enterprises, Inc.
240 Valley Road
South Burlington, VT 05403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,420,949.27 |
|---|---|---|---|

Charles J. Kubicki, LLC
7143 East Kemper Road
Cincinnati, OH 45249

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** __2019__

Basis for the claim: __Lawsuit__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $424.00 |
|---|---|---|---|

Charlotte Chamber of Commerice
P.O. Box 20103
Charlotte, NC 28282

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.73 |
|---|---|---|---|

Charter Communications
P.O. Box 223085
Pittsburgh, PA 15251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,363.00 |
|---|---|---|---|

Chuck Gatti
16816 Dover Rd.
Mount Eaton, OH 44659

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Former Minority Unit Holder__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

Cincinnati Arts Association
650 Walnut St.
Cincinnati, OH 45202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $545.00 |
|---|---|---|---|

Cincinnati Better Business Bureau
1 E. 4th Street,   Suite 600
Cincinnati, OH 45202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $655.60 |
|---|---|---|---|

Cincinnati Business Courier
13821 Collections Center Dr.
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $732.00 |
|---|---|---|---|

City of Battle Creek
P.O. Box 1717
Battle Creek, MI 49016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $109.00 |
|---|---|---|---|

Comstrys Inc.
200 W. Douglas Ste 230
Wichita, KS 67202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $210,726.00 |
|---|---|---|---|

Connie Pentz Revocable Trust
4931 East Blvd. NW
Canton, OH 44718

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Former Minority Unit Holder

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $700.00 |
|---|---|---|---|

Corebiolabs Managemetn LLC
7956 Tyler Blvd.
Mentor, OH 44060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $174.01 |
|---|---|---|---|

Corpoate Air, LLC
15 Allegheny Airport
West Mifflin, PA 15122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $105,363.00 |
|---|---|---|---|

Dan Freeman
1449 Arthur Dr.
Wooster, OH 44691

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Former Minority Unit Holder

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,048.31 |
|---|---|---|---|

Dell Financial Services
P.O. Box 5292
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $368,191.00 |
|---|---|---|---|

Dennis Taylor
7222 Wolf Rd.
Medina, OH 44256

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Former Minority Unit Holder_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

Denver Air Support International
7625 S. Peoria Cr.
Hangar D-14
Littleton, CO 80122

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,184.92 |
|---|---|---|---|

EAN Services, LLC
P.O. Box 840173
Kansas City, MO 64184

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

Executive Aviation
9960 Flying Cloud Dr.
Eden Prairie, MN 55347

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

ExpressJet Airlines LLC
1745 Phoenix. Blvd. Suite 500
Atlanta, GA 30349

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183,864.00 |
|---|---|---|---|

Gary Underhill
7181 Ashcombe Ct.
New Albany, OH 43054

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Former Minority Unit Holder_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

Gojet Airlines
11495 Navaid Rd.
Bridgeton, MO 63044

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,263.40 |
|---|---|---|---|

Golden Triangle Reg. Airport
2080 Airport Road
Columbus, MS 39701

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,608.00 |
|---|---|---|---|

Goodrich Corporation
P.O. Box 840576
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $614.84 |
|---|---|---|---|

Gordon Fod Services Inc.
2825 E. Kemper Rd.
Cincinnati, OH 45241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $275.32 |
|---|---|---|---|

Grainger
Dept. 869082198
Palatine, IL 60038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,940.38 |
|---|---|---|---|

Hutchinson Aerospace & Industry
P.O. Box 100976
Pasadena, CA 91189

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,935.67 |
|---|---|---|---|

IBM Corporation
P.O. Box 643600
Pittsburgh, PA 15264

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $140.00 |
|---|---|---|---|

Infinisource, Inc.
P.O. Box 889
Coldwater, MI 49036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30,027.00 |
|---|---|---|---|

Janice Wilson
1214 Homedale Ave.
Canton, OH 44718

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _Settlement Agreement_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $391.51 |
|---|---|---|---|

Jett Pro Line Maintenance LLC
2601 Fortune Circle Dr. E
Suite 101A
Indianapolis, IN 46241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☒ No ☐ Yes

| | | |
|---|---|---|
| **3.46** | **Nonpriority creditor's name and mailing address**<br>Kenton County Airport Board<br>P.O. Box 645677<br>Cincinnati, OH 45264 | **$382.24** |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes |

| | | |
|---|---|---|
| **3.47** | **Nonpriority creditor's name and mailing address**<br>L. Don Prince<br>4066 Sedwick Dr.<br>New Albany, OH 43054 | **$52,566.00** |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** Former Minority Unit Holder | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes |

| | | |
|---|---|---|
| **3.48** | **Nonpriority creditor's name and mailing address**<br>L3 Aviation Products Inc.<br>21859 Network Pl<br>Chicago, IL 60673 | **$500.00** |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes |

| | | |
|---|---|---|
| **3.49** | **Nonpriority creditor's name and mailing address**<br>Lamart Corporation<br>P.O. Box 1648<br>Clifton, NJ 07015 | **$2,543.00** |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes |

| | | |
|---|---|---|
| **3.50** | **Nonpriority creditor's name and mailing address**<br>Learfield IMG College<br>P.O. Box 843038<br>Kansas City, MO 64184 | **$2,400.00** |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes |

| | | |
|---|---|---|
| **3.51** | **Nonpriority creditor's name and mailing address**<br>Leslie Sr. Leohr 2002 Trust<br>387 Medina Road<br>Suite 600<br>Medina, OH 44256 | **$105,363.00** |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** Former Minority Unit Holder | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes |

| | | |
|---|---|---|
| **3.52** | **Nonpriority creditor's name and mailing address**<br>Libertas Funding, LLC<br>73 High Street<br>Buffalo, NY 14203 | **$789,450.46** |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** 2019 | |
| | **Basis for the claim:** Lawsuit - Merchant Cash Advance Lender | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes |

| | | |
|---|---|---|
| **3.53** | **Nonpriority creditor's name and mailing address**<br>Macdonalled Illig Jones & Brittin<br>100 State Street, Suite 700<br>Erie, PA 16507 | **$61.20** |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|
| | Magellan Aviation Group | ☐ Contingent | |
| | 2435B Township Rd. | ☐ Unliquidated | |
| | Charlotte, NC 28273 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $451.48 |
|---|---|---|---|
| | McMaster-Carr Supply Co. | ☐ Contingent | |
| | P.O. Box 7690 | ☐ Unliquidated | |
| | Chicago, IL 60680 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|
| | Michael Thompson | ☐ Contingent | |
| | 3960 Medina Road | ☐ Unliquidated | |
| | Akron, OH 44333 | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _Money Loaned_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $206,985.00 |
|---|---|---|---|
| | Minnesota Air Ventures | ☐ Contingent | |
| | 10201 Wayzata Blvd. 130 | ☐ Unliquidated | |
| | Hopkins, MN 55305 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _Former Minority Unit Holder_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,395.52 |
|---|---|---|---|
| | Morristown AP Customs Assoc. | ☐ Contingent | |
| | 8 Airport Road | ☐ Unliquidated | |
| | Morristown, NJ 07960 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|
| | N. Kentucky Chamber of Commerce | ☐ Contingent | |
| | P.O. Box 17146 | ☐ Unliquidated | |
| | Ft Mitchell, KY 41017 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,093.79 |
|---|---|---|---|
| | Navisite LLC | ☐ Contingent | |
| | P.O. Box 7247 | ☐ Unliquidated | |
| | Philadelphia, PA 19170 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,132,000.00 |
|---|---|---|---|
| | NFS Leasing, Inc. | ☐ Contingent | |
| | 900 Cummings Center, Suite 226-U | ☐ Unliquidated | |
| | Beverly, MA 01915 | ☒ Disputed | |
| | **Date(s) debt was incurred** _2021_ | Basis for the claim: _Lawsuit_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $781.50 |
|------|------|------|------|

Occupational Health Services
3600 Line Ave., SW
Suite 170
Renton, WA 98057

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|------|------|------|------|

Peninsula Aviation
6886 S. Service Dr.
Waterford, MI 48327

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $199.96 |
|------|------|------|------|

Port of Seatlle
P.O. Box 24507
Seattle, WA 98124

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $31.45 |
|------|------|------|------|

Rubber Stamps Unlimted Inc.
334 S. Harvey St.
Plymouth, MI 48170

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,635.76 |
|------|------|------|------|

Shelby Financial Corporation
600 Eagleview Blvd., Suite 300
Exton, PA 19341

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|------|------|------|------|

Skywest Airlines Inc.
444 S. River Rd.
Saint George, UT 84790

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $431.50 |
|------|------|------|------|

Solo Graphix
P.O. Box 880
Maurice, LA 70555

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|------|------|------|------|

South Akron Board of Trade
P.O. Box 761
Akron, OH 44309

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,950.00 |
|---|---|---|---|

Strategic Value Media
8700 Indian Creek Parkway
Suite 300
Overland Park, KS 66210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,296.36 |
|---|---|---|---|

Syracuse Regional Airport Authority
1000 Col Eillien Collins Blvd.
Syracuse, NY 13212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $62,738.04 |
|---|---|---|---|

TETRA
11645 South 700 East
Suite 200
Draper, UT 84020

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $70.00 |
|---|---|---|---|

Texas Alcohol and Drug Testing Service
411 Lantern Bend Dr., Suite 210
Houston, TX 77090

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $135.40 |
|---|---|---|---|

Textron Aviation
23260 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $981.00 |
|---|---|---|---|

Thales Avionics Inc.
P.O. Box 371172
Pittsburgh, PA 15251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $282.50 |
|---|---|---|---|

Thomas Anneken
5476 Sugar Maple Run
Hamilton, OH 45011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $300,000.00 |
|---|---|---|---|

Ultimate Cincinnati Investors LLC
6061 W. Airport Dr.
North Canton, OH 44720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _Former Minority Unit Holder_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | Ultimate Jetcharters, LLC | Case number (if known) | 23-51404 |
|--------|---------------------------|------------------------|----------|

Name

---

**3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $36,500.00

Ultimate JKRH LLC
11148 Woodword Lane
Cincinnati, OH 45241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $691.51

US Standard Products
P.O. Box 5509
Englewood, NJ 07631

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $23.85

USA Today
P.O. Box 677466
Dallas, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $80.36

Vector - Eugene F. Franz Toldeo Exp. Air
P.O. Box 787061
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $207.36

Vector - Massport
P.O. Box 787061
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $101.50

Vector - Napa County Airport
P.O. Box 787061
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $127.68

Vector - Santa Barbara
P.O. Box 787061
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,199.52

Vector Aspen
P.O. Box 787061
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,592.50 |
|---|---|---|---|
| | Wencor LLC<br>1625 N. 1100 W.<br>Spring City, UT 84662 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Trade debt _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $75.22 |
|---|---|---|---|
| | Western Reserve Port Authority<br>1453 Youngstown-Kingsville Rd.<br>Vienna, OH 44473 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Trade debt _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $405.00 |
|---|---|---|---|
| | Westfield-Barnes Regional Airport<br>110 Airport Rd., Suite 207<br>Westfield, MA 01085 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Trade debt _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $105,363.00 |
|---|---|---|---|
| | Williaim Maguire<br>2366 Carrington St. NW<br>North Canton, OH 44720 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Former Minority Unit Holder _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $112,365.00 |
|---|---|---|---|
| | Wilson Air Center - Charlotte<br>5400 Airport Dr.<br>Charlotte, NC 28208 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,412.63 |
|---|---|---|---|
| | Woodward HRT<br>25200 W. Rye Canyon Road<br>Valencia, CA 91355 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Trade debt _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Bradley M. Gibson, Esq.<br>1077 Celestial Street, Suite 10<br>Cincinnati, OH 45202 | Line _ 3.16 _<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Jennings D. Kleeman, Esq.<br>1077 Celestial Street, Suite 10<br>Cincinnati, OH 45202 | Line _ 3.16 _<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Ultimate Jetcharters, LLC | | Case number (if known) | 23-51404 |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.3 | Ronald M. McMillan, Esq.<br>1405 East Sixth Street<br>Cleveland, OH 44114 | Line  3.61 <br><br>☐  Not listed. Explain ____ | _ |
| 4.4 | Roy Schechter<br>965 Keynote Circle<br>Independence, OH 44131 | Line  3.52 <br><br>☐  Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.    Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
| --- | --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 6,756,399.83 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 6,756,399.83 |

Debtor name    Ultimate Jetcharters, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known)    23-51404

☐ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Sublease for premises Located at 6061 West Airport Drive, North Canton, OH 44720<br><br>1 Year<br><br>_____ | Avflight Akron-Canton Corporation<br>6061 West Airport Drive<br>North Canton, OH 44720 |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Embraer Model 135LR Serial Number 145288 FAA Registration Number N356BZ<br><br>24 Months<br><br>_____ | Nations Consulting Group, LLC<br>4300 Sterilite St. SE<br>Massillon, OH 44646 |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Cessna Model 750 Serial Number 750-0129 FAA Registration Number N513JB<br><br>13 Months<br><br>_____ | Nations Consulting Group, LLC<br>4300 Sterilite St. SE<br>Massillon, OH 44646 |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Embraer Model 135ER Serial Number 145364 FAA Registration Number N548M<br><br>30 Months<br><br>_____ | Nations Consulting Group, LLC<br>4300 Sterilite St. SE<br>Massillon, OH 44646 |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Cessna Model 750 Serial Number 750-0269 FAA Registration Number N769XJ | |
|---|---|---|---|
| | State the term remaining | 31 Months | |
| | List the contract number of any government contract | | Nations Consulting Group, LLC 4300 Sterilite St. SE Massillon, OH 44646 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Cessna Model 750 FAA Registration Number N125DZ | |
|---|---|---|---|
| | State the term remaining | 5 Months | |
| | List the contract number of any government contract | | Nations Consulting Group, LLC 4300 Sterilite St. SE Massillon, OH 44646 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Dornier Jet Model 328-310 FAA Registration Number N411FJ | |
|---|---|---|---|
| | State the term remaining | 1 Month | |
| | List the contract number of any government contract | | Ultimate 32, LLC 11148 Woodward Lane Cincinnati, OH 45241 |

**Fill in this information to identify the case:**

Debtor name __Ultimate Jetcharters, LLC__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF OHIO__

Case number (if known) __23-51404__

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.8 Nations Consulting Group, LLC | 4300 Sterilite St., SE Massillon, OH 44646 Debtor guaranteed loans and granted collateral in loan transactions between CIBC and Nations Consulting Group, LLC | CIBC Bank | ☒ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor name   Ultimate Jetcharters, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known)   23-51404

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 01/01/2023 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $19,935,000.00 |
   | For prior year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other _____ | $19,521,485.00 |
   | For year before that:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br><br>☐ Other _____ | $22,543,715.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. To be supplemented | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Nations Consulting Group, LLC v. Ultimate Jetcharters, LLC<br>CV-2022-10-3618 | Cognovit Note | Summit County Court of Common Pleas<br>209 S. High Street<br>Akron, OH 44308 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. Varilease Finance, Inc. v. Ultimate Jetcharters, LLC<br>2022-194455-CB | | Oakland County, MI Circuit Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. NFS Leasing, Inc. v. Ultimate Jetcharters, LLC<br>CV-2022-11-3794 | Replevin | Summit County Court of Common Pleas<br>209 S. High Street<br>Akron, OH 44308 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4. Charles J. Kubicki, LLC v.<br>Ultimate Jetcharters, LLC<br>A2200346 | Collection | Hamilton County Court of<br>Common Pleas | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

**Part 4:     Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:     Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:     Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Gertz & Rosen, Ltd.<br>159 S. Main Street, Suite 400<br>Akron, OH 44308 | | 10/3/2023 | $10,000.00 |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Gertz & Rosen, Ltd.<br>159 S. Main Street, Suite 400<br>Akron, OH 44308 | | 10/6/2023 | $75,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | Gertz and Rosen, Ltd.<br>159 S. Main Street, Suite 400<br>Akron, OH 44308 | Attorney Fee | | $85,000.00 |
| | **Email or website address**<br>ptsarnas@gertzrosen.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:  Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☒ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:  Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ☒ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| | | |

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| July Services 401k | EIN: |

Has the plan been terminated?
☒ No
☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | Farmers National Bank of Canfield | XXXX- | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 2022 | $0.00 |
| 18.2. | Fifth Third Bank | XXXX- | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 2023 | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Stephen West | 3500 Windsong Dr. Medina, OH 44256 | President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Christian Wank | 4267 Maggie Marie Blvd. Medina, OH 44256 | Vice President Operations | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott Miller | 4590 Patricia Drive Brunswick, OH 44212 | Vice President Sales | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| William S. Rudner | 1474 Commonwealth Drive Blacklick, OH 43004 | Chief Financial Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jesse Huddleston | 12761 Lisbon St. N.E. Paris, OH 44669 | Controller | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Farina | 4300 Sterilite St. SE Massillon, OH 44646 | Board Chairman | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

**30.** **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Stephen West | $225,000 | Past 12 Months | Salary |
| | **Relationship to debtor**<br>President | | | |
| 30.2. | Christian Wank | $225,000 | Last 12 Months | Salary |
| | **Relationship to debtor**<br>VP of Business Operations | | | |
| 30.3. | Scott Miller | $225,000 | Last 12 Months | Salary |
| | **Relationship to debtor**<br>Vice President of Sales | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____October 25, 2023_____

/s/   William S. Rudner_____            William S. Rudner_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   Chief Financial Officer_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Ohio

In re   Ultimate Jetcharters, LLC

Debtor(s)

Case No.   23-51404

Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ..................................................... $ 85,000.00

Prior to the filing of this statement I have received ....................................... $ 85,000.00

Balance Due .................................................................................................. $ 0.00

2.  The source of the compensation paid to me was:

☒ Debtor          ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☒ Debtor          ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
     Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

October 25, 2023

Date

/s/ Peter Tsarnas
Peter Tsarnas 0076934
*Signature of Attorney*
Gertz and Rosen, Ltd.
159 S. Main Street, Suite 400
Akron, OH 44308
(330) 255-0735   Fax: (330) 932-2367
ptsarnas@gertzrosen.com
*Name of law firm*

# United States Bankruptcy Court
## Northern District of Ohio

In re    Ultimate Jetcharters, LLC                                 Case No.    23-51404

                                            Debtor(s)               Chapter     11

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     October 25, 2023                   /s/  William S. Rudner

                                              William S. Rudner/Chief Financial Officer
                                              Signer/Title

23-51404

415 Group
4300 Munson St., NW Suite 100
Canton, OH 44718

AAA Corporate Travel Services
15 W. Central Py
Cincinnati, OH 45202

ACCU Rite Tool & Die Co
7295 Sunset Strip NW
North Canton, OH 44720

Air Charter Safety Foundation
818 Connecticut Ave. NW Suite 900
Washington, DC 20006

All American Publishing Invoices
P.O. Box 100
Caldwell, ID 83606

Ameriflight
P.O. Box 612763
Dallas, TX 75261

Ansett Aircrapft Spares & Services
12675 Encinitas Ave.
Sylmar, CA 91342

Arnold & Associates Ltd.
4580 Stephen Cr. NW Suite 100
Canton, OH 44718

Aultoworks Occupational Services
4650 Hill & Dales Rd, NW
Canton, OH 44708

Avflight Akron-Canton Corporation
6061 West Airport Drive
North Canton, OH 44720

B. Marvin Hardy
P.O. Box 756
Medina, OH 44256

Bradley M. Gibson, Esq.
1077 Celestial Street, Suite 10
Cincinnati, OH 45202

Brennan Manna & Diamond LLC
75 E. Market St.
Akron, OH 44308

C & L Aerospace
40 Wyoming Avenue
Bangor, ME 04401


CCAP Enterprises LLC
2930 Forest Lake Dr.
Westlake, OH 44145


Chamber of Comm Map Project
7766 Ewing Blvd. Sutie 200
Florence, KY 41042


Champlain Enterprises, Inc.
240 Valley Road
South Burlington, VT 05403


Charles J. Kubicki, LLC
7143 East Kemper Road
Cincinnati, OH 45249


Charlotte Chamber of Commerice
P.O. Box 20103
Charlotte, NC 28282


Charter Communications
P.O. Box 223085
Pittsburgh, PA 15251


Chuck Gatti
16816 Dover Rd.
Mount Eaton, OH 44659


CIBC Bank
200 Public Square, Suite 2050
Cleveland, OH 44114


Cincinnati Arts Association
650 Walnut St.
Cincinnati, OH 45202


Cincinnati Better Business Bureau
1 E. 4th Street,  Suite 600
Cincinnati, OH 45202


Cincinnati Business Courier
13821 Collections Center Dr.
Chicago, IL 60693


City of Battle Creek
P.O. Box 1717
Battle Creek, MI 49016


Comstrys Inc.
200 W. Douglas Ste 230
Wichita, KS 67202

Connie Pentz Revocable Trust
4931 East Blvd. NW
Canton, OH 44718


Corebiolabs Managemetn LLC
7956 Tyler Blvd.
Mentor, OH 44060


Corpoate Air, LLC
15 Allegheny Airport
West Mifflin, PA 15122


Dan Freeman
1449 Arthur Dr.
Wooster, OH 44691


Dell Financial Services
P.O. Box 5292
Carol Stream, IL 60197


Dennis Taylor
7222 Wolf Rd.
Medina, OH 44256


Denver Air Support International
7625 S. Peoria Cr. Hangar D-14
Littleton, CO 80122


EAN Services, LLC
P.O. Box 840173
Kansas City, MO 64184


Executive Aviation
9960 Flying Cloud Dr.
Eden Prairie, MN 55347


ExpressJet Airlines LLC
1745 Phoenix. Blvd. Suite 500
Atlanta, GA 30349


Gary Underhill
7181 Ashcombe Ct.
New Albany, OH 43054


Gojet Airlines
11495 Navaid Rd.
Bridgeton, MO 63044


Golden Triangle Reg. Airport
2080 Airport Road
Columbus, MS 39701


Goodrich Corporation
P.O. Box 840576
Dallas, TX 75284

Gordon Fod Services Inc.
2825 E. Kemper Rd.
Cincinnati, OH 45241


Grainger
Dept. 869082198
Palatine, IL 60038


Hutchinson Aerospace & Industry
P.O. Box 100976
Pasadena, CA 91189


IBM Corporation
P.O. Box 643600
Pittsburgh, PA 15264


Infinisource, Inc.
P.O. Box 889
Coldwater, MI 49036


Janice Wilson
1214 Homedale Ave.
Canton, OH 44718


Jennings D. Kleeman, Esq.
1077 Celestial Street, Suite 10
Cincinnati, OH 45202


Jett Pro Line Maintenance LLC
2601 Fortune Circle Dr. E Suite 101A
Indianapolis, IN 46241


Kenton County Airport Board
P.O. Box 645677
Cincinnati, OH 45264


L. Don Prince
4066 Sedwick Dr.
New Albany, OH 43054


L3 Aviation Products Inc.
21859 Network Pl
Chicago, IL 60673


Lamart Corporation
P.O. Box 1648
Clifton, NJ 07015


Learfield IMG College
P.O. Box 843038
Kansas City, MO 64184


Leslie Sr. Leohr 2002 Trust
387 Medina Road Suite 600
Medina, OH 44256

```
Libertas Funding, LLC
73 High Street
Buffalo, NY 14203


Louis F. Solimine, Esq.
312 Walnut Street, Suite 2000
Cincinnati, OH 45202


Macdonalled Illig Jones & Brittin
100 State Street, Suite 700
Erie, PA 16507


Magellan Aviation Group
2435B Township Rd.
Charlotte, NC 28273


McMaster-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680


Michael Thompson
3960 Medina Road
Akron, OH 44333


Minnesota Air Ventures
10201 Wayzata Blvd. 130
Hopkins, MN 55305


Morristown AP Customs Assoc.
8 Airport Road
Morristown, NJ 07960


N. Kentucky Chamber of Commerce
P.O. Box 17146
Ft Mitchell, KY 41017


Nations Consulting Group, LLC
4300 Sterilite St. SE
Massillon, OH 44646


Nations Consulting Group, LLC
4300 Sterilite St., SE
Massillon, OH 44646


Navisite LLC
P.O. Box 7247
Philadelphia, PA 19170


NFS Leasing, Inc.
900 Cummings Center, Suite 226-U
Beverly, MA 01915


Occupational Health Services
3600 Line Ave., SW Suite 170
Renton, WA 98057
```

Peninsula Aviation
6886 S. Service Dr.
Waterford, MI 48327


Port of Seatlle
P.O. Box 24507
Seattle, WA 98124


Ronald M. McMillan, Esq.
1405 East Sixth Street
Cleveland, OH 44114


Ronald McMillan, Esq.
1405 East Sixth Street
Cleveland, OH 44114


Roy Schechter
965 Keynote Circle
Independence, OH 44131


Rubber Stamps Unlimted Inc.
334 S. Harvey St.
Plymouth, MI 48170


Shelby Financial Corporation
600 Eagleview Blvd., Suite 300
Exton, PA 19341


Skywest Airlines Inc.
444 S. River Rd.
Saint George, UT 84790


Solo Graphix
P.O. Box 880
Maurice, LA 70555


South Akron Board of Trade
P.O. Box 761
Akron, OH 44309


Strategic Value Media
8700 Indian Creek Parkway Suite 300
Overland Park, KS 66210


Syracuse Regional Airport Authority
1000 Col Eillien Collins Blvd.
Syracuse, NY 13212


TETRA
11645 South 700 East Suite 200
Draper, UT 84020


Texas Alcohol and Drug Testing Service
411 Lantern Bend Dr., Suite 210
Houston, TX 77090

Textron Aviation
23260 Network Place
Chicago, IL 60673

Thales Avionics Inc.
P.O. Box 371172
Pittsburgh, PA 15251

Thomas Anneken
5476 Sugar Maple Run
Hamilton, OH 45011

Ultimate 32, LLC
11148 Woodward Lane
Cincinnati, OH 45241

Ultimate Cincinnati Investors LLC
6061 W. Airport Dr.
North Canton, OH 44720

Ultimate JKRH LLC
11148 Woodword Lane
Cincinnati, OH 45241

US Standard Products
P.O. Box 5509
Englewood, NJ 07631

USA Today
P.O. Box 677466
Dallas, TX 75267

Vector - Eugene F. Franz Toldeo Exp. Air
P.O. Box 787061
Philadelphia, PA 19178

Vector - Massport
P.O. Box 787061
Philadelphia, PA 19178

Vector - Napa County Airport
P.O. Box 787061
Philadelphia, PA 19178

Vector - Santa Barbara
P.O. Box 787061
Philadelphia, PA 19178

Vector Aspen
P.O. Box 787061
Philadelphia, PA 19178

Wencor LLC
1625 N. 1100 W.
Spring City, UT 84662

Western Reserve Port Authority
1453 Youngstown-Kingsville Rd.
Vienna, OH 44473

Westfield-Barnes Regional Airport
110 Airport Rd., Suite 207
Westfield, MA 01085

Williaim Maguire
2366 Carrington St. NW
North Canton, OH 44720

Wilson Air Center - Charlotte
5400 Airport Dr.
Charlotte, NC 28208

Woodward HRT
25200 W. Rye Canyon Road
Valencia, CA 91355