| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Ultimate Jetcharters, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (if known) | 23-51404 |

☒ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 7, 2024        X /s/   William S. Rudner
                                        Signature of individual signing on behalf of debtor

                                        William S. Rudner
                                        Printed name

                                        Chief Financial Officer
                                        Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name: Ultimate Jetcharters, LLC
United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO
Case number (if known): 23-51404

☒ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 415 Group<br>4300 Munson St., NW<br>Suite 100<br>Canton, OH 44718 | | Services | | | | $3,570.95 |
| Arnold & Associates Ltd.<br>4580 Stephen Cr. NW<br>Suite 100<br>Canton, OH 44718 | | Legal Fees | | | | $34,559.00 |
| Brennan Manna & Diamond LLC<br>75 E. Market St.<br>Akron, OH 44308 | | Services | | | | $14,559.83 |
| C & L Aerospace<br>40 Wyoming Avenue<br>Bangor, ME 04401 | | Trade debt | | | | $20,000.00 |
| Charles J. Kubicki, LLC<br>7143 East Kemper Road<br>Cincinnati, OH 45249 | | Lawsuit | Disputed | | | $1,420,949.27 |
| CIBC Bank<br>200 Public Square, Suite 2050<br>Cleveland, OH 44114 | | | Contingent | $7,516,861.50 | $0.00 | $7,516,861.50 |
| Denver Air Support International<br>7625 S. Peoria Cr.<br>Hangar D-14<br>Littleton, CO 80122 | | | | | | $15,000.00 |
| Goodrich Corporation<br>P.O. Box 840576<br>Dallas, TX 75284 | | Trade debt | | | | $3,608.00 |
| Hutchinson Aerospace & Industry<br>P.O. Box 100976<br>Pasadena, CA 91189 | | | | | | $10,940.38 |

| Debtor | Ultimate Jetcharters, LLC | Case number (if known) | 23-51404 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Janice Wilson<br>1214 Homedale Ave.<br>Canton, OH 44718 | | Settlement Agreement | | | | $30,027.00 |
| Libertas Funding, LLC<br>73 High Street<br>Buffalo, NY 14203 | | Lawsuit - Merchant Cash Advance Lender | Disputed | | | $789,450.46 |
| Michael Thompson<br>3960 Medina Road<br>Akron, OH 44333 | | Money Loaned | Disputed | | | $150,000.00 |
| Navisite LLC<br>P.O. Box 7247<br>Philadelphia, PA 19170 | | Trade debt | | | | $8,093.79 |
| NFS Leasing, Inc.<br>900 Cummings Center, Suite 226-U<br>Beverly, MA 01915 | | Lawsuit | Contingent<br>Unliquidated<br>Disputed | | | $2,132,000.00 |
| Shelby Financial Corporation<br>600 Eagleview Blvd., Suite 300<br>Exton, PA 19341 | | Trade debt | | | | $6,635.76 |
| Strategic Value Media<br>8700 Indian Creek Parkway<br>Suite 300<br>Overland Park, KS 66210 | | Trade debt | | | | $3,950.00 |
| TETRA<br>11645 South 700 East<br>Suite 200<br>Draper, UT 84020 | | | Disputed | | | $62,738.04 |
| Ultimate JKRH LLC<br>11148 Woodword Lane<br>Cincinnati, OH 45241 | | Trade debt | | | | $36,500.00 |
| Wilson Air Center - Charlotte<br>5400 Airport Dr.<br>Charlotte, NC 28208 | | | Disputed | | | $112,365.00 |
| Woodward HRT<br>25200 W. Rye Canyon Road<br>Valencia, CA 91355 | | Trade debt | | | | $4,412.63 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Ultimate Jetcharters, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (if known) | 23-51404 |

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $ 2,688,662.36

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $ 2,688,662.36

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................................... $ 14,665,046.50

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ 4,907,252.83

4. **Total liabilities** ........................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                          $ 19,572,299.33

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | Ultimate Jetcharters, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (if known) | 23-51404 |

☒ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** CIBC Bank<br>Creditor's Name<br><br>200 Public Square, Suite 2050<br>Cleveland, OH 44114<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>1st Lien on CIBC Accounts and 2nd Lien on Remaining Assets - See Schedule H<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,516,861.50 | $0.00 |
| **2.2** Nations Consulting Group, LLC<br>Creditor's Name<br><br>4300 Sterilite St. SE<br>Massillon, OH 44646<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>4/14/2022<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>First Blanket Lien on All Assets (except for CIBC accounts)<br>**Is the creditor an insider or related party?**<br>☐ No<br>☒ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent | $7,148,185.00 | $0.00 |

| Debtor | Ultimate Jetcharters, LLC | Case number (if known) | 23-51404 |
|---|---|---|---|
| | Name | | |

including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $14,665,046.50

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Louis F. Solimine, Esq.<br>312 Walnut Street, Suite 2000<br>Cincinnati, OH 45202 | Line 2.1 | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Ultimate Jetcharters, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (if known) | 23-51404 |

☒ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☒ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>415 Group<br>4300 Munson St., NW Suite 100<br>Canton, OH 44718 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,570.95 |
| | Date(s) debt was incurred _ | Basis for the claim: Services | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>AAA Corporate Travel Services<br>15 W. Central Py<br>Cincinnati, OH 45202 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,785.00 |
| | Date(s) debt was incurred _ | Basis for the claim: Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>ACCU Rite Tool & Die Co<br>7295 Sunset Strip NW<br>North Canton, OH 44720 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,710.00 |
| | Date(s) debt was incurred _ | Basis for the claim: Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Air Charter Safety Foundation<br>818 Connecticut Ave. NW Suite 900<br>Washington, DC 20006 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,100.00 |
| | Date(s) debt was incurred _ | Basis for the claim: Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>All American Publishing Invoices<br>P.O. Box 100<br>Caldwell, ID 83606 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $409.00 |
| | Date(s) debt was incurred _ | Basis for the claim: Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | | |
|---|---|---|---|
| Debtor | Ultimate Jetcharters, LLC<br>Name | Case number (if known) | 23-51404 |

| | | | |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Ameriflight<br>P.O. Box 612763<br>Dallas, TX 75261 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $150.00 |
| | Date(s) debt was incurred _ | **Basis for the claim:** Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Ansett Aircrapft Spares & Services<br>12675 Encinitas Ave.<br>Sylmar, CA 91342 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,100.00 |
| | Date(s) debt was incurred _ | **Basis for the claim:** Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Arnold & Associates Ltd.<br>4580 Stephen Cr. NW<br>Suite 100<br>Canton, OH 44718 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $34,559.00 |
| | Date(s) debt was incurred _ | **Basis for the claim:** Legal Fees | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Aultoworks Occupational Services<br>4650 Hill & Dales Rd, NW<br>Canton, OH 44708 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $920.00 |
| | Date(s) debt was incurred _ | **Basis for the claim:** Services | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>Brennan Manna & Diamond LLC<br>75 E. Market St.<br>Akron, OH 44308 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,559.83 |
| | Date(s) debt was incurred _ | **Basis for the claim:** Services | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>C & L Aerospace<br>40 Wyoming Avenue<br>Bangor, ME 04401 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,000.00 |
| | Date(s) debt was incurred _ | **Basis for the claim:** Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>CCAP Enterprises LLC<br>2930 Forest Lake Dr.<br>Westlake, OH 44145 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $417.80 |
| | Date(s) debt was incurred _ | **Basis for the claim:** Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>Chamber of Comm Map Project<br>7766 Ewing Blvd. Sutie 200<br>Florence, KY 41042 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $599.00 |
| | Date(s) debt was incurred _ | **Basis for the claim:** Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

Debtor  Ultimate Jetcharters, LLC     Case number (if known)  23-51404

| 3.14 | **Nonpriority creditor's name and mailing address**<br>Champlain Enterprises, Inc.<br>240 Valley Road<br>South Burlington, VT 05403 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>Charles J. Kubicki, LLC<br>7143 East Kemper Road<br>Cincinnati, OH 45249 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $1,420,949.27 |
| | **Date(s) debt was incurred** 2019 | **Basis for the claim:** Lawsuit | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Charlotte Chamber of Commerice<br>P.O. Box 20103<br>Charlotte, NC 28282 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $424.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Charter Communications<br>P.O. Box 223085<br>Pittsburgh, PA 15251 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,500.73 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Cincinnati Arts Association<br>650 Walnut St.<br>Cincinnati, OH 45202 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,500.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Cincinnati Better Business Bureau<br>1 E. 4th Street,   Suite 600<br>Cincinnati, OH 45202 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $545.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>Cincinnati Business Courier<br>13821 Collections Center Dr.<br>Chicago, IL 60693 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $655.60 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>City of Battle Creek<br>P.O. Box 1717<br>Battle Creek, MI 49016 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $732.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |

| Debtor | Ultimate Jetcharters, LLC | Case number (if known) | 23-51404 |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address**<br>Comstrys Inc.<br>200 W. Douglas Ste 230<br>Wichita, KS 67202 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $109.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address**<br>Corebiolabs Managemetn LLC<br>7956 Tyler Blvd.<br>Mentor, OH 44060 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $700.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address**<br>Corpoate Air, LLC<br>15 Allegheny Airport<br>West Mifflin, PA 15122 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $174.01 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address**<br>Dell Financial Services<br>P.O. Box 5292<br>Carol Stream, IL 60197 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,048.31 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address**<br>Denver Air Support International<br>7625 S. Peoria Cr.<br>Hangar D-14<br>Littleton, CO 80122 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address**<br>EAN Services, LLC<br>P.O. Box 840173<br>Kansas City, MO 64184 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,184.92 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address**<br>Executive Aviation<br>9960 Flying Cloud Dr.<br>Eden Prairie, MN 55347 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $500.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address**<br>ExpressJet Airlines LLC<br>1745 Phoenix. Blvd. Suite 500<br>Atlanta, GA 30349 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $75.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| Debtor | Ultimate Jetcharters, LLC<br>Name | Case number (if known) | 23-51404 |

| | | |
|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address**<br>Gojet Airlines<br>11495 Navaid Rd.<br>Bridgeton, MO 63044 | **As of the petition filing date, the claim is:** Check all that apply.  $100.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>Golden Triangle Reg. Airport<br>2080 Airport Road<br>Columbus, MS 39701 | **As of the petition filing date, the claim is:** Check all that apply.  $1,263.40<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>Goodrich Corporation<br>P.O. Box 840576<br>Dallas, TX 75284 | **As of the petition filing date, the claim is:** Check all that apply.  $3,608.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>Gordon Fod Services Inc.<br>2825 E. Kemper Rd.<br>Cincinnati, OH 45241 | **As of the petition filing date, the claim is:** Check all that apply.  $614.84<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>Grainger<br>Dept. 869082198<br>Palatine, IL 60038 | **As of the petition filing date, the claim is:** Check all that apply.  $275.32<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>Hutchinson Aerospace & Industry<br>P.O. Box 100976<br>Pasadena, CA 91189 | **As of the petition filing date, the claim is:** Check all that apply.  $10,940.38<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>IBM Corporation<br>P.O. Box 643600<br>Pittsburgh, PA 15264 | **As of the petition filing date, the claim is:** Check all that apply.  $1,935.67<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>Infinisource, Inc.<br>P.O. Box 889<br>Coldwater, MI 49036 | **As of the petition filing date, the claim is:** Check all that apply.  $140.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Trade debt<br>Is the claim subject to offset? ☒ No ☐ Yes |

| Debtor | Ultimate Jetcharters, LLC | Case number (if known) | 23-51404 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address**<br>Janice Wilson<br>1214 Homedale Ave.<br>Canton, OH 44718 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30,027.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Settlement Agreement | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>Jett Pro Line Maintenance LLC<br>2601 Fortune Circle Dr. E<br>Suite 101A<br>Indianapolis, IN 46241 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $391.51 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>Kenton County Airport Board<br>P.O. Box 645677<br>Cincinnati, OH 45264 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $382.24 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>L3 Aviation Products Inc.<br>21859 Network Pl<br>Chicago, IL 60673 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $500.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>Lamart Corporation<br>P.O. Box 1648<br>Clifton, NJ 07015 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,543.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>Learfield IMG College<br>P.O. Box 843038<br>Kansas City, MO 64184 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,400.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>Libertas Funding, LLC<br>73 High Street<br>Buffalo, NY 14203 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $789,450.46 |
| | **Date(s) debt was incurred** 2019 | **Basis for the claim:** Lawsuit - Merchant Cash Advance Lender | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>Macdonalled Illig Jones & Brittin<br>100 State Street, Suite 700<br>Erie, PA 16507 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $61.20 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Ultimate Jetcharters, LLC | Case number (if known) | 23-51404 |
|---|---|---|---|

| 3.46 | **Nonpriority creditor's name and mailing address**<br>Magellan Aviation Group<br>2435B Township Rd.<br>Charlotte, NC 28273 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,500.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address**<br>McMaster-Carr Supply Co.<br>P.O. Box 7690<br>Chicago, IL 60680 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $451.48 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address**<br>Michael Thompson<br>3960 Medina Road<br>Akron, OH 44333 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $150,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Money Loaned | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address**<br>Morristown AP Customs Assoc.<br>8 Airport Road<br>Morristown, NJ 07960 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,395.52 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address**<br>N. Kentucky Chamber of Commerce<br>P.O. Box 17146<br>Ft Mitchell, KY 41017 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $750.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address**<br>Navisite LLC<br>P.O. Box 7247<br>Philadelphia, PA 19170 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,093.79 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address**<br>NFS Leasing, Inc.<br>900 Cummings Center, Suite 226-U<br>Beverly, MA 01915 | **As of the petition filing date, the claim is:** Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $2,132,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** 2021 | **Basis for the claim:** Lawsuit | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address**<br>Occupational Health Services<br>3600 Line Ave., SW<br>Suite 170<br>Renton, WA 98057 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $781.50 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| Debtor | Ultimate Jetcharters, LLC | Case number (if known) 23-51404 |
| | Name | |

| 3.54 | **Nonpriority creditor's name and mailing address**<br>Peninsula Aviation<br>6886 S. Service Dr.<br>Waterford, MI 48327 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $900.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>Port of Seatlle<br>P.O. Box 24507<br>Seattle, WA 98124 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $199.96 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>Rubber Stamps Unlimted Inc.<br>334 S. Harvey St.<br>Plymouth, MI 48170 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31.45 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>Shelby Financial Corporation<br>600 Eagleview Blvd., Suite 300<br>Exton, PA 19341 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,635.76 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>Skywest Airlines Inc.<br>444 S. River Rd.<br>Saint George, UT 84790 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $75.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>Solo Graphix<br>P.O. Box 880<br>Maurice, LA 70555 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $431.50 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>South Akron Board of Trade<br>P.O. Box 761<br>Akron, OH 44309 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $60.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>Strategic Value Media<br>8700 Indian Creek Parkway<br>Suite 300<br>Overland Park, KS 66210 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,950.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Ultimate Jetcharters, LLC | Case number (if known) | 23-51404 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address**<br>Syracuse Regional Airport Authority<br>1000 Col Eillien Collins Blvd.<br>Syracuse, NY 13212 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,296.36 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>TETRA<br>11645 South 700 East<br>Suite 200<br>Draper, UT 84020 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $62,738.04 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>Texas Alcohol and Drug Testing Service<br>411 Lantern Bend Dr., Suite 210<br>Houston, TX 77090 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $70.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>Textron Aviation<br>23260 Network Place<br>Chicago, IL 60673 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $135.40 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>Thales Avionics Inc.<br>P.O. Box 371172<br>Pittsburgh, PA 15251 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $981.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>Thomas Anneken<br>5476 Sugar Maple Run<br>Hamilton, OH 45011 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $282.50 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.68 | **Nonpriority creditor's name and mailing address**<br>Ultimate JKRH LLC<br>11148 Woodword Lane<br>Cincinnati, OH 45241 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $36,500.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>US Standard Products<br>P.O. Box 5509<br>Englewood, NJ 07631 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $691.51 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| Debtor | Ultimate Jetcharters, LLC | Case number (if known) 23-51404 |

**3.70** | **Nonpriority creditor's name and mailing address**
USA Today
P.O. Box 677466
Dallas, TX 75267 | **As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed | $23.85

**Date(s) debt was incurred** _
**Last 4 digits of account number** _ | **Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No  ☐ Yes |

**3.71** | **Nonpriority creditor's name and mailing address**
Vector - Eugene F. Franz Toldeo Exp. Air
P.O. Box 787061
Philadelphia, PA 19178 | **As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed | $80.36

**Date(s) debt was incurred** _
**Last 4 digits of account number** _ | **Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No  ☐ Yes |

**3.72** | **Nonpriority creditor's name and mailing address**
Vector - Massport
P.O. Box 787061
Philadelphia, PA 19178 | **As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed | $207.36

**Date(s) debt was incurred** _
**Last 4 digits of account number** _ | **Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No  ☐ Yes |

**3.73** | **Nonpriority creditor's name and mailing address**
Vector - Napa County Airport
P.O. Box 787061
Philadelphia, PA 19178 | **As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed | $101.50

**Date(s) debt was incurred** _
**Last 4 digits of account number** _ | **Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No  ☐ Yes |

**3.74** | **Nonpriority creditor's name and mailing address**
Vector - Santa Barbara
P.O. Box 787061
Philadelphia, PA 19178 | **As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed | $127.68

**Date(s) debt was incurred** _
**Last 4 digits of account number** _ | **Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No  ☐ Yes |

**3.75** | **Nonpriority creditor's name and mailing address**
Vector Aspen
P.O. Box 787061
Philadelphia, PA 19178 | **As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed | $1,199.52

**Date(s) debt was incurred** _
**Last 4 digits of account number** _ | **Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No  ☐ Yes |

**3.76** | **Nonpriority creditor's name and mailing address**
Wencor LLC
1625 N. 1100 W.
Spring City, UT 84662 | **As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed | $2,592.50

**Date(s) debt was incurred** _
**Last 4 digits of account number** _ | **Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No  ☐ Yes |

**3.77** | **Nonpriority creditor's name and mailing address**
Western Reserve Port Authority
1453 Youngstown-Kingsville Rd.
Vienna, OH 44473 | **As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed | $75.22

**Date(s) debt was incurred** _
**Last 4 digits of account number** _ | **Basis for the claim:** Trade debt
Is the claim subject to offset? ☒ No  ☐ Yes |

| Debtor | Ultimate Jetcharters, LLC | Case number (if known) | 23-51404 |
|---|---|---|---|
| | Name | | |

| 3.78 | Nonpriority creditor's name and mailing address<br>Westfield-Barnes Regional Airport<br>110 Airport Rd., Suite 207<br>Westfield, MA 01085 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $405.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.79 | Nonpriority creditor's name and mailing address<br>Wilson Air Center - Charlotte<br>5400 Airport Dr.<br>Charlotte, NC 28208 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $112,365.00 |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.80 | Nonpriority creditor's name and mailing address<br>Woodward HRT<br>25200 W. Rye Canyon Road<br>Valencia, CA 91355 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,412.63 |
| | Date(s) debt was incurred _ | Basis for the claim: Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Bradley M. Gibson, Esq.<br>1077 Celestial Street, Suite 10<br>Cincinnati, OH 45202 | Line 3.15<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Jennings D. Kleeman, Esq.<br>1077 Celestial Street, Suite 10<br>Cincinnati, OH 45202 | Line 3.15<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Ronald M. McMillan, Esq.<br>1405 East Sixth Street<br>Cleveland, OH 44114 | Line 3.52<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Roy Schechter<br>965 Keynote Circle<br>Independence, OH 44131 | Line 3.44<br>☐ Not listed. Explain ____ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 4,907,252.83 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,907,252.83 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Ultimate Jetcharters, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (if known) | 23-51404 |

☒ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Sublease for premises Located at 6061 West Airport Drive, North Canton, OH 44720 | |
| | State the term remaining | 1 Year | Avflight Akron-Canton Corporation 6061 West Airport Drive North Canton, OH 44720 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Embraer Model 135LR Serial Number 145288 FAA Registration Number N356BZ | |
| | State the term remaining | 24 Months | Nations Consulting Group, LLC 4300 Sterilite St. SE Massillon, OH 44646 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Cessna Model 750 Serial Number 750-0129 FAA Registration Number N513JB | |
| | State the term remaining | 13 Months | Nations Consulting Group, LLC 4300 Sterilite St. SE Massillon, OH 44646 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Embraer Model 135ER Serial Number 145364 FAA Registration Number N548M | |
| | State the term remaining | 30 Months | Nations Consulting Group, LLC 4300 Sterilite St. SE Massillon, OH 44646 |
| | List the contract number of any government contract | | |

| | **Additional Page if You Have More Contracts or Leases** |
|---|---|

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest | Cessna Model 750<br>Serial Number 750-0269<br>FAA Registration Number N769XJ |
| State the term remaining | 31 Months |
| List the contract number of any government contract | | Nations Consulting Group, LLC<br>4300 Sterilite St. SE<br>Massillon, OH 44646 |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest | Cessna Model 750<br>FAA Registration Number N125DZ |
| State the term remaining | 5 Months |
| List the contract number of any government contract | | Nations Consulting Group, LLC<br>4300 Sterilite St. SE<br>Massillon, OH 44646 |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest | Dornier Jet Model 328-310<br>FAA Registration Number N411FJ |
| State the term remaining | 1 Month |
| List the contract number of any government contract | | Ultimate 32, LLC<br>11148 Woodward Lane<br>Cincinnati, OH 45241 |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest | Disputed lease to three (3) engines - To be Rejected |
| State the term remaining | |
| List the contract number of any government contract | | Ultimate Leasing, LLC<br>Attn: John Gordon, Statutory Agent<br>6060 W. Airport Dr.<br>North Canton, OH 44720 |