IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| IN RE: | Chapter 11 |
|---|---|
| ULTIMATE JETCHARTERS, LLC | CASE NO: 23-51404 |
| Debtor. | JUDGE ALAN M. KOSCHIK |

**MOTION FOR ADMISSION *PRO HAC VICE* OF KIRK B. BURKLEY, ESQ.**

Pursuant to Local Bankruptcy Rule 2090-1(b), Kirk B. Burkley, Esq. respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of the Official Committee of Unsecured Creditors (the "Committee") in the above-styled case. In support of this motion, the undersigned states:

1. I hereby certify that I am admitted to practice and in good standing in the following jurisdictions:

| Court | Date Admitted | Bar Number |
|---|---|---|
| State courts of Pennsylvania | 2002 | 89511 |
| States courts of West Virginia | 2012 | 11767 |
| U.S. Bankruptcy Court for the Western District of Pennsylvania | 2002 | n/a |
| U.S. Bankruptcy Court for the Southern District of West Virginia | 2012 | n/a |
| U.S. Court of Appeals for the Third Circuit | 2010 | n/n |

2. I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any state or United States. I have never received a reprimand

or been subject to other disciplinary action from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

3. I hereby certify that I have reviewed the Local Bankruptcy Rules for the Northern District of Ohio, and that I will abide by these rules.

4. I consent to be subject to the disciplinary rules of this Court for any alleged misconduct which occurs in the preparation or course of this action.

5. The administrative fees require to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court at the time of filing this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court entered an Order granting leave to appear *pro hac vice* in the above-captioned matter.

Date: February 16, 2024

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

*/s/ Kirk B. Burkley*
Kirk B. Burkley, Esq.
PA Bar ID No. 89511
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Telephone: (412) 456-8100
Facsimile: (412) 456-8135
Email: kburkley@bernsteinlaw.com

Proposed Counsel to the Official Committee
Of Unsecured Creditors

CERTIFICATE OF SERVICE

  I hereby certify on February 16, 2024, a copy of the foregoing Motion for Admission Pro Hac Vice of Kirk B. Burkley was filed electronically. Notice of this filing will be sent by the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing though the Court's system.

                */s/ Kirk B. Burkley*
                Kirk B. Burkley, Esq.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| IN RE:<br><br>ULTIMATE JETCHARTERS, LLC<br><br>Debtor. | Chapter 11<br><br>CASE NO: 23-51404<br><br><br>JUDGE ALAN M. KOSCHIK |
|---|---|

## DECLARATION IN SUPPORT OF MOTION FOR ADMISSION
## *PRO HAC VICE* OF KIRK B. BURKLEY

Pursuant to Local Bankruptcy Rule 2090-1(b), of the U.S. Bankruptcy Court for the Northern District of Ohio, Kirk B. Burkley states as follows:

1. I am the Managing Partner of Bernstein-Burkley, P.C.. My contact information is:

> Kirk B. Burkley
> Bernstein-Burkley, P.C.
> 601 Grant Street, 9th Floor
> Pittsburgh, PA 15219
> T. (412) 456-8108
> F. (412) 456-8135
> Email: kburkley@bernsteinlaw.com

2. I hereby certify that I am admitted to practice and in good standing in the following jurisdictions:

| Court | Date Admitted | Bar Number |
|---|---|---|
| State courts of Pennsylvania | 2002 | 89511 |
| States courts of West Virginia | 2012 | 11767 |
| U.S. Bankruptcy Court for the Western District of Pennsylvania | 2002 | n/a |
| U.S. Bankruptcy Court for the Southern District of West Virginia | 2012 | n/a |
| U.S. Court of Appeals for the Third Circuit | 2010 | n/n |

3. I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any state or United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

4. I consent to be subject to the disciplinary rules of this Court for any alleged misconduct which occurs in the preparation or course of this action.

5. I will abide by the Local Bankruptcy Rules for the Northern District of Ohio.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States that the foregoing are true and correct.

_____
Kirk B. Burkley, Esq.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| IN RE: | Chapter 11 |
|---|---|
| ULTIMATE JETCHARTERS, LLC | CASE NO: 23-51404 |
| Debtor. | JUDGE ALAN M. KOSCHIK |

**ORDER GRANTING ADMISSIONS *PRO HAC VICE* OF KIRK B. BURKLEY**

This cause has come before the Court upon the motion of Kirk B. Burkley, counsel for The Official Committee of Unsecured Creditors, for leave to appear and participate *pro hac vice* in the above-captioned case. Being fully advised, it is now ORDERED that this motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

BERNSTEIN-BURKLEY, P.C.
Kirk B. Burkley, Esq.
PA Bar ID No. 89511
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Telephone: (412) 456-8100
Facsimile: (412) 456-8135
Email: kburkley@bernsteinlaw.com


Distribution list:
To all registered counsel by CM/ECF