This document was signed electronically on March 8, 2024, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: March 8, 2024



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-51404 |
| | ) | (Jointly Administered) |
| ULTIMATE JETCHARTERS, LLC, *et al.* | ) | |
| | ) | CHAPTER 11 |
| Debtors | ) | |
| | ) | HON. ALAN M. KOSCHIK |
| | ) | BANKRUPTCY JUDGE |

**ORDER GRANTING MOTION OF THE DEBTOR AND DEBTOR IN POSSESSION FOR AN ORDER PURSUANT TO 11 U.S.C. § 1121(d) EXTENDING THE EXCLUSIVE PERIODS DURING WHICH ONLY THE DEBTOR MAY PROPOSE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF**

This matter is before the Court on the Motion of Ultimate Jetcharters, LLC for an Order pursuant to 11 U.S.C. § 1121(d) Extending the Exclusive Periods During Which Only the Debtors May Propose a Chapter 11 Plan and Solicit Acceptances Thereof (the "Motion"). The Court, having reviewed the Motion, finds that: (1) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (2) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (3) notice of the Motion was sufficient under the circumstances; (4) the legal and factual

bases set forth in the Motion establish just cause for the relief granted; and (5) no creditor or interested party including the United States Trustee filed a response in opposition to said Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. Ultimate Jetcharters, LLC is granted a 90-day extension of time, through May 7, 2024, of its exclusive right to file a Chapter 11 plan or reorganization pursuant to 11 U.S.C. § 1121(d)(1).

3. Ultimate Jetcharters, LLC is granted a 90-day extension of time, through July 6, 2024 of the Solicitation Period during which only the Debtor may solicit acceptances of its timely-filed plan of reorganization pursuant to 11 U.S.C. § 1121(d)(1).

4. This Order shall not prejudice the Debtor's rights to seek by motion any other extensions or other rights the Debtor may have under 11 U.S.C. § 1121.

**IT IS SO ORDERED.**

# # #

Submitted by,

/s/ Peter G. Tsarnas
Peter G. Tsarnas, #0076934
Gertz & Rosen, Ltd.
159 S. Main Street, Suite 400
Akron, OH 44308
(330) 255-0735 - Telephone
(330) 932-2367 – Fax
ptsarnas@gertzrosen.com

*Counsel for Debtor and Debtor in Possession*

# CERTIFICATE

*Service via ECF*

Kate M. Bradley, Esq. (kate.m.bradley@usdoj.gov)
*Office of the United States Trustee*

Kimberly Ross Clayson, Esq. (kclayson@taftlaw.com)
*Counsel for Byline Bank*

Jack M. D'Andrea, Esq. (jack.d'andrea@thompsonhine.com)
*Counsel for CIBC Bank USA*

John Fisher, Esq. (jfisher@calfee.com)
*Counsel for NFS Leasing, Inc.*

Harry W. Greenfield, Esq. (hgreenfield@bernsteinlaw.com)
*Counsel for the Official Committee of Unsecured Creditors*

Ronald McMillan, Esq. (rmcmillan@calfee.com)
*Counsel for NFS Leasing, Inc.*

Christopher J. Niekamp, Esq. (cniekamp@bdblaw.com)
*Counsel for Charles J. Kubicki, LLC*

Roy J. Schechter, Esq. (rschechter@weltman.com)
*Counsel for Libertas Funding, LLC*

Louis F. Solimine, Esq. (louis.solimine@thompsonhine.com)
*Counsel for CIBC Bank USA*

Michael A. Steel, Esq. (masteel@bmdllc.com)
*Counsel for Nations Consulting Group, LLC*

Jeffrey C. Toole, Esq. (jtoole@bernsteinlaw.com)
*Counsel for the Official Committee of Unsecured Creditors*